IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT

DAVID E. CHIPPS              :

    PLAINTIFF            :       CIVIL ACTION

V.                           :       NO.

PIKE COUNTY PRISON, ET AL.   :       1:CV00-1179

    DEFENDANTS

FILED
SCRANTON
JUN 29 2000
PER _____ DEPUTY CLERK

MOTION
[ to proceed in forma pauperis ]
[ and for the us marshal to ]
[ serve process ]

1. Simultaneous to the filing of this MOTION the plaintiff, acting in pro se, has filed a COMPLAINT in violation of the plaintiffs civil rights.

2. The plaintiff brings this MOTION pursuant to 28 USC 1915 entitled "Proceedings in forma pauperis".

3. The plaintiff presently has pending seven other federal civil rights civil actions and criminal appeals pending in the Middle District Court or in the Third Circuit Court of Appeals. In six (6) of these actions the plaintiff has been granted leave to appeal in forma pauperis. In one (1) action the plaintiff has been denied leave to proceed in forma pauperis, and, which the plaintiff has appealed to the Third Circuit Court of Appeals (SEE CHIPPS V TAYLOR, CV99-987).

4. The plaintiff, also, will, shortly, file a MOTION to recuse the Middle District Court.

### ARGUMENT

5. The plaintiff attaches to this MOTION to proceed in forma pauperis an AFFIDAVIT in forma pauperis.

6. The plaintiff herein cannot afford the costs associated with the bringing of this action, and, therefore requests the court grant leave to proceed in forma pauperis.

7. The plaintiff, since his release from prison, in Sept., 1998, has monthly costs and expenses that have consistently been in excess of his income. The plaintiff, self-employed as a sub-contractor, has had to begin rebuilding his painting and remodeling business and has not recovered from the losses imposed by the false accusation and false imprisonment of the plaintiff by corrupt, jaundiced government officials.

8. The plaintiff cannot afford the filing fees and printing costs associated with the bringing of this action without imposing extreme hardship conditions upon the plaintiff.

9. The plaintiff, on average, is spending around $150.00 per month, alone, on copying costs for the legal actions that the plaintiff has brought, and, for PR in publishing the events that transpire in relation to these legal actions.

10. Further, the plaintiff cannot afford the costs of having to serve the defendants in this matter.

11. The plaintiff, all toll, has debts exceeding $6,000, and, this includes monthly costs of $25.00 to pay a mandatory $300.00 federal assessment penalty.

## CONCLUSION

12. For all of the aforementioned reasons the plaintiff requests that the court grant the plaintiffs MOTION to proceed in forma pauperis and ORDER the US Marshals to serve process in this matter.

_David E. Chipps_

**DAVID E. CHIPPS**

**IN PRO SE PLAINTIFF**

6/28/00

cc: nonservice

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT

DAVID E. CHIPPS                     :

      PLAINTIFF                 :       CIVIL ACTION

  V.                                      :

PIKE COUNTY PRISON, ET AL.    :

      DEFENDANTS              :

### AFFIDAVIT IN FORMA PAUPERIS

I AM THE PLAINTIFF IN THE ABOVE MATTER AND BECAUSE OF MY FINANCIAL CONDITION AM UNABLE TO PAY THE FEES AND COST ASSOCIATED WITH THE BRINGING OF THIS ACTION.

My name is David E. Chipps and I presently reside at 479 South River St., Wilkes-Barre, Pa. 18702. My Social Security Number is 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.

I am presently SELF-EMPLOYED.

Within the last 12 months I have earned around $4,000 working for a Temp agency AND from self-employment. I have had no other source of income.

I pay $150.00 per month toward rent and have $150 in a checking account with no other assets. All toll I have $6,000 in outstanding loan debts, on which I pay about $150.00 per month, and, have monthly costs averaging about $450.00.

I do hereby swear and affirm that all of the statments contained herein are true and accurate to the best of my knowledge.

_David E. Chipps_
DAVID E. CHIPPS

6/28/00