# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID E. CHIPPS | : | |
| PLAINTIFF | : | CIVIL ACTION |
| V. | : | NO. |
| PIKE COUNTY PRISON, ET AL. | : | 1:CV00-1179 |
| DEFENDANTS | : | |

### CERTIFICATE OF SERVICE

The plaintiff in this matter, DAVID E. CHIPPS, has served "complementary" copies of the plaintiffs COMPLAINT on the defendants PIKE COUNTY PRISON and Pennsylvania State Police Trooper MURRAY at the addresses listed below by serving the defendants, via first class mail, with copies of the aforementioned.

The plaintiff has served these "complementary" copies on the defendants mainly for the purpose of releasing the same information to the media.

PIKE COUNTY PRISON
HC 8, Box 8600
Hawley, Pennsylvania 18428

PA State Police
Blooming Grove and Route 402
Hawley, Pa. 18428

_David E. Chipps_
DAVID E. CHIPPS

IN PRO SE PLAINTIFF

6/28/00