IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID E. CHIPPS | : | |
| PLAINTIFF | : | CIVIL ACTION |
| V. | : | NO. |
| PIKE COUNTY PRISON, ET AL. | : | 1:CV00-1179 |
| DEFENDANTS | : | |

NOTICE

The plaintiff herein notifies the court that the plaintiff will, shortly, submit a MOTION to recuse the Middle District Court from presiding in this matter.

_David E. Chipps_
DAVID E. CHIPPS

IN PRO SE PLAINTIFF

6/28/00

cc: nonservice