IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. CHIPPS, | : | CIVIL ACTION NO. 1:CV-00-1179 |
| **Plaintiff** | : | (Judge Kane) |
| v. | : | |
| PIKE COUNTY PRISON GUARDS O'HARA, MCCRONE, SCHWARTZ, COOK, WALTON, SEMANKO, SGT. MCGLAUGHLIN, SGT. RODRIGUEZ, LT. ROMANCE, CAPT. LOWE, CAPT. CARVALHO, PIKE COUNTY PRISON WARDEN PROWELL, PIKE COUNTY COMMISSIONERS, U.S. MARSHALS SERVICE and UNIDENTIFIED U.S. MARSHALS, PA STATE POLICE TROOPER MURRAY AND UNIDENTIFIED PA STATE OFFICIALS, | : | |
| **Defendants** | : | |

FILED
HARRISBURG, PA

SEP 0 5 2000

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

## ORDER

Before the Court is a new complaint filed by Plaintiff. Also before the Court is Plaintiff's motion to proceed <u>in forma pauperis</u> with accompanying affidavit. 28 U.S.C. § 1915(a)(1) provides that a party seeking to proceed <u>in forma pauperis</u> must "submit[] an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). The affidavit submitted by Plaintiff fails to include a statement of all assets possessed by him and further fails to state the nature of the action and affiant's belief that he is entitled to redress.

Accordingly, upon consideration of Plaintiff's motion to proceed in forma pauperis and the accompanying affidavit, IT IS ORDERED THAT Plaintiff's motion for in forma pauperis status is DENIED for failure to comply with 28 U.S.C. § 1915(a)(1). IT IS FURTHER ORDERED THAT if Plaintiff submits another motion and affidavit for consideration by the Court, he shall submit the form of affidavit provided by the Clerk of Court.

_____
YVETTE KANE
United States District Judge

Dated: September 5, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 5, 2000

Re:  1:00-cv-01179   Chipps v. O'Hara

True and correct copies of the attached were mailed by the clerk to the following:

David Elliot Chipps
479 South River Street
Wilkes-Barre, PA  18702   *w afdv attached!*

cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____     ( )

MARY E. D'ANDREA, Clerk

DATE:  9-5-00                          BY: _____
                                           Deputy Clerk