IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT

DAVID E. CHIPPS          :

      PLAINTIFF     :     CV 1:CV-00-1179

VS                       :

PIKE COUNTY PRISON,      :
ET AL

                        :

**FILED**
**HARRISBURG**

OCT 0 6 2000

MARY E. D'ANDREA, CLERK
Per_____
      DEPUTY CLERK

### NOTICE OF APPEAL

The plaintiff herein notifies the District Court of his intent to file an appeal of the courts ORDER of September 5, 2000 to the Third Circuit Court of Appeals pursuant to Rule 4 of the Appellate Rules of Procedure.

_____
DAVID E. CHIPPS

9/4/00

cc: served upon the Third Circuit Court

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT

DAVID E. CHIPPS                  :

       PLAINTIFF        :        CV 1:CV-00-1179

       VS                       :

PIKE COUNTY PRISON,              :
ET AL
                             :
       DEFENDANTS       :

## CERTIFICATE OF SERVICE

THE PLAINTIFF DOES HEREBY CERTIFY THAT HE HAS NOT SERVED COPIES OF THE NOTICE OF APPEAL ON ANY OF THE DEFENDANTS IN AS MUCH AS THE DEFENDANTS HAVE NOT BEEN SERVED PROCESS. THE PLAINTIFF HAS SERVED A "COMPLEMENTARY" COPY OF THE NOTICE UPON THE THIRD CIRCUIT COURT OF APPEALS.

*David Chipps*

DAVID E. CHIPPS

9/9/00