UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 00-2986

Chipps

vs.

O'Hara, et al.

David E. Chipps, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01179)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*
Clerk

FILED
HARRISBURG
DEC 13 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Date: December 6, 2000

cc:
David E. Chipps
Francis R. Filipi, Esq.

OFFICE OF THE CLERK  /to CB

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHON
215-597-29

_Judith Hanushy_ Clerk of District Court        Date 12-6-00
(District)

_Clipper v. O'Hara_                            C. of A. No. 00-2986
(Caption)

_Clipper_
(Appellant)

_00-1179 J/Kane_
(D.C. No.)

RECEIVED
DEC 13 2000
PER ___
HARRISBURG, PA. / DEPUTY CLERK

Enclosures:

__12-6-00__ Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_[signature]_ (267)-299-4920
Deputy Clerk        Telephone Number

Receipt Acknowledge:
_ack'd_
(Name)

_12/13/00_
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)