*see all*

(10)
1-23-01
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. CHIPPS, | CIVIL ACTION NO. 1:CV-00-1179 |
| Plaintiff | (Judge Kane) |
| v. | |
| PIKE COUNTY PRISON GUARDS O'HARA, MCCRONE, SCHWARTZ, COOK, WALTON, SEMANKO, SGT. MCGLAUGHLIN, SGT. RODRIGUEZ, LT. ROMANCE, CAPT. LOWE, CAPT. CARVALHO, PIKE COUNTY PRISON WARDEN PROWELL, PIKE COUNTY COMMISSIONERS, U.S. MARSHALS SERVICE and UNIDENTIFIED U.S. MARSHALS, PA STATE POLICE TROOPER MURRAY AND UNIDENTIFIED PA STATE OFFICIALS, | |
| Defendants | |

FILED
HARRISBURG, PA

JAN 2 2 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## ORDER

Plaintiff filed a complaint and an application to proceed in forma pauperis with accompanying affidavit on June 29, 2000. Because the affidavit submitted by Plaintiff failed to meet the requirements of 28 U.S.C. § 1915(a)(1), the Court denied Plaintiff's request for in forma pauperis status on September 5, 2000. The Court directed Plaintiff to submit the form of affidavit provided by the Clerk of Court if he chose to submit another request for in forma pauperis status. Rather than submitting a new request, Plaintiff appealed this Court's September 5, 2000 Order to the Third Circuit. That appeal was dismissed for failure to timely prosecute on December 13, 2000.

Therefore, upon consideration of the above, IT IS ORDERED THAT within ten (10) days of the date of this Order, Plaintiff shall either submit the $150.00 filing fee to

the Clerk of Court, or submit a proper request for in forma pauperis status.  If Plaintiff fails to comply with this Order, his complaint will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with a court order.

                                                                    YVETTE KANE
                                                                    United States District Judge

Dated: January 22, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 22, 2001

Re:  1:00-cv-01179    Chipps v. O'Hara

True and correct copies of the attached were mailed by the clerk to the following:

David Elliot Chipps
479 South River Street
Wilkes-Barre, PA  18702

```
cc:
Judge                         (✓)
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )

Bankruptcy Court              ( )
Other_____          ( )
```

MARY E. D'ANDREA, Clerk

DATE:  1-22-01                                     BY: _____
                                                       Deputy Clerk