IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID E. CHIPPS, | CIVIL ACTION NO. 1:CV-00-1179 |
| Plaintiff | (Judge Kane) |
| v. | |
| PIKE COUNTY PRISON GUARDS O'HARA, MCCRONE, SCHWARTZ, COOK, WALTON, SEMANKO, SGT. MCGLAUGHLIN, SGT. RODRIGUEZ, LT. ROMANCE, CAPT. LOWE, CAPT. CARVALHO, PIKE COUNTY PRISON WARDEN PROWELL, PIKE COUNTY COMMISSIONERS, U.S. MARSHALS SERVICE and UNIDENTIFIED U.S. MARSHALS, PA STATE POLICE TROOPER MURRAY AND UNIDENTIFIED PA STATE OFFICIALS, | FILED<br>HARRISBURG, PA<br><br>FEB - 8 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |
| Defendants | |

**ORDER**

AND NOW, this 8th day of February, 2001, in light of Plaintiff's failure to submit the $150.00 filing fee to the Clerk of Court, or to submit a proper request for in forma pauperis status as directed by the Court's January 22, 2001 Order, IT IS ORDERED THAT pursuant to that Order:

(1) Plaintiff's complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with a court order;

(2) The Clerk of Court is directed to close the file.

YVETTE KANE
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

February 8, 2001

Re:  1:00-cv-01179    Chipps v. O'Hara

True and correct copies of the attached were mailed by the clerk to the following:

David Elliot Chipps
479 South River Street
Wilkes-Barre, PA  18702

```
cc:
Judge                         (✓)          ( ) Pro Se Law Clerk
Magistrate Judge              ( )          ( ) INS
U.S. Marshal                  ( )          ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 (✓)
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen  ( )    PA Atty Gen ( )
                                       DA of County ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE:  2-8-01                              BY: _____
                                                Deputy Clerk